ORIGINAL

THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
DANIEL ACKERMAN (State Bar No. 215797)
Assistant United States Attorney
       3880 Lemon Street, Suite 210
       Riverside, California 92501
       Telephone:  (951) 276-6087
       Facsimile:  (951) 276-6237
       Email: Daniel.Ackerman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED09MJ 81 |
|         Plaintiff, | <ins>GOVERNMENT'S NOTICE OF REQUEST</ins> <ins>FOR DETENTION</ins> |
|         v. | |
| JESSICA ALFARO, | |
|         Defendant. | |

      Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    <ins>    </ins> 1.   <ins>Temporary 10-day Detention Requested (§ 3142(d))</ins>

           <ins>on the following grounds</ins>:

        <ins>    </ins> a.  offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

        <ins>    </ins> b.  alien not lawfully admitted for permanent residence;

1    _____   c.  flight risk;

2    _____   d.  danger to community.

3    ___   2.   <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

4         <u>condition or combination of conditions will</u>

5         <u>reasonably assure against</u>:

6    _____   a.  danger to any other person or the community;

7    _____   b.   flight.

8    3.   <u>Detention Requested Pending Supervised</u>

9         <u>Release/Probation Revocation Hearing (Rules</u>

10        <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

11   _____   a. Defendant cannot establish by clear and

12        convincing evidence that he/she will not pose a

13        danger to any other person or to the community;

14   _____   b. Defendant cannot establish by clear and

15        convincing evidence that he/she will not flee.

16   _____   4.   <u>Presumptions Applicable to Pretrial Detention (18</u>

17        <u>U.S.C. § 3142(e))</u>:

18   _____   a.  Title 21 or Maritime Drug Law Enforcement Act

19        ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

20        with 10-year or greater maximum penalty

21        (presumption of danger to community and flight

22        risk);

23   _____   b.  offense under 18 U.S.C. § 924(c) (firearm

24        used/carried/possessed during/in relation to/in

25        furtherance of crime), § 956(a), or § 2332b

26        (presumption of danger to community and flight

27        risk);

28

2

```
 1            ____  c.  offense involving a minor victim under 18 U.S.C.
 2                      §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
 3                      2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-
 4                      2252A(a)(4), 2260, 2421, 2422, 2423 or 2425
 5                      (presumption of danger to community and flight
 6                      risk);
 7            ____  d.  defendant currently charged with (I) crime of
 8                      violence, (II) offense with maximum sentence of
 9                      life imprisonment or death, (III) Title 21 or
10                      MDLEA offense with 10-year or greater maximum
11                      sentence, or (IV) any felony if defendant
12                      previously convicted of two or more offenses
13                      described in I, II, or III, or two or more state
14                      or local offenses that would qualify under I, II,
15                      or III if federal jurisdiction were present, or a
16                      combination of such offenses, AND defendant was
17                      previously convicted of a crime listed in I, II,
18                      or III committed while on release pending trial,
19                      AND the current offense was committed within five
20                      years of conviction or release from prison on the
21                      above-described previous conviction (presumption
22                      of danger to community).
23      ____  5.  Government Is Entitled to Detention Hearing
24                Under § 3142(f) If the Case Involves:
25            ____  a.  a crime of violence (as defined in 18 U.S.C.
26                      § 3156(a)(4)) or Federal crime of terrorism (as
27                      defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
28
```

maximum sentence is 10 years' imprisonment or more;

_____ b.  an offense for which maximum sentence is life imprisonment or death;

_____ c.  Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

_____ d.  instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

_____ e.  any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

_____ f.  serious risk defendant will flee;

_____ g.  serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

1     ____   6.   Government requests continuance of _____ days for

2                      detention hearing under § 3142(f) and based upon the

3                      following reason(s):

4  _____

5  _____

6  _____

7     ____   7.   Good cause for continuance in excess of three days

8                      exists in that:

9  _____

10 _____

11 _____

12

13 DATED: April 10 , 2009.            Respectfully submitted,

14                                    THOMAS P. O'BRIEN
                                      United States Attorney

15

16                                    SHERI PYM
                                      Assistant United States Attorney
                                      Chief, Riverside Office

17

18                                    _____

19                                    DANIEL ACKERMAN
                                      Assistant United States Attorney

20                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

21

22

23

24

25

26

27

28